## Court of Appeals.

### *April*, 1885.

### PEOPLE *v.* POUCHER.

#### APPEAL TO COURT OF APPEALS.

(Dismissing appeal from 1 *N. Y. Crim. Rep.* 544.)

Unless the order of the General Term shows that the Supreme Court has exercised its discretion, and refused a new trial upon the facts, and granted it only for errors of law, the Court of Appeals will not review it.

APPEAL by the people from an order of the General Term, Fourth Department, of November 2, 1883, reversing judgment of the Court of Sessions of Onondaga County, Hon. A. J.

Northrup, presiding, of February 28, 1883, convicting defendant, Charles E. Poucher, of larceny in the second degree.

The facts appear in the report of the case at General Term, 1 *N. Y. Crim. Rep.* 544.

*Ceylon H. Lewis*, district attorney, for the people, appellant.

*Fuller & Kellogg*, for respondent.

Per Curiam.—The order of the General Term reversing the conviction of the trial court in this case, and granting a new trial, does not state upon what ground, or for what reason the judgment of conviction was reversed.  When, in the exercise of its discretion the General Term refuses to grant a new trial, such discretion, is not reviewable in this court.  An appeal to this court from a judgment of conviction, brings up for review only questions of law.  Unless, therefore, the order of the General Term shows that the Supreme Court has exercised its discretion and refused a new trial upon the facts, and granted it only for errors of law, there is nothing for this court to review on appeal to it.  People *v.* Boas, 92 *N. Y.* 560 ; 1 *N. Y. Crim. Rep.* 287.

The order being defective in the particulars indicated, it cannot be said that the court below committed any error, and the appeal should be dismissed.

All concur.